IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIM AMIN MORTON, | : | |
| *Petitioner*, | : | CIVIL ACTION |
| | : | NO. 18-4317 |
| v. | : | |
| THOMAS MCGINLEY, et al., | : | |
| *Respondents*. | : | |

## ORDER

AND NOW, this 6th day of January, 2020, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), the Commonwealth's Response in Opposition (ECF No. 14), and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (ECF No. 15), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The Petition for a Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II, J.